■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALICIA TYGER, Appellant. [873 NYS2d 229]—Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered January 14, 2008. The judgment convicted defendant, upon her plea of guilty, of unauthorized use of a vehicle in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.